Exhibit 2

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                        **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin | Black Mountain side. m Jimmy Page. | RE0000767432 | 1969 |
| Led Zeppelin | Communication breakdown. w & m Jimmy Page, John Paul Jones & John Henry Bonham. | RE0000767430 | 1969 |
| Led Zeppelin | Dazed and confused. w & m Jimmy Page. | RE0000767435 | 1969 |
| Led Zeppelin | Good times bad times. w & m Jimmy Page, John Paul Jones & John Henry Bonham. | RE0000767431 | 1969 |
| Led Zeppelin. | Houses of the holy. Sound recording of 8 musical compositions: Jimmy Page, Robert Plant, John Paul Jones & John Bonham. | RE0000864464 | 1973 |
| Led Zeppelin | How many more times? w & m John Henry Bonham, Jimmy Page & John Paul Jones. | RE0000767434 | 1969 |
| Led Zeppelin. | Ideal's celebrity series / Carol Tormey, editor ... [et al.]. | CSN0016803 | 1979 |
| Led Zeppelin. | Ideal's celebrity series / Carol Tormey, editor ... [et al.]. | CSN0016803 | 1978 |
| Led Zeppelin. | Led Zeppelin. | TX0008510562 | 2017 |
| Led Zeppelin. | Led Zeppelin. | TX0008510571 | 2017 |
| LED ZEPPELIN. | LED ZEPPELIN. | VAu001334047 | 2017 |
| Led Zeppelin. | Led Zeppelin. | PA0001941359 | 2012 |
| Led Zeppelin. | Led Zeppelin. | V3579D644 | 2009 |
| Led Zeppelin. | Led Zeppelin. | V3579D669 | 2009 |
| Led zeppelin. | Led zeppelin. | V3578D670 | 2009 |
| Led Zeppelin. | Led Zeppelin. | PAu002432643 | 1999 |
| Led Zeppelin. | Led Zeppelin. | VA0000591297 | 1993 |
| Led Zeppelin. | Led Zeppelin. | TX0000303053 | 1978 |
| Led Zeppelin -- | Mouse & Kelley; artworks. By Stanley Mouse (Stanley Miller) & Alton Kelley. | TX0003080509 | 1980 |
| Led Zeppelin | News radio : no. 221, Led Zeppelin. | PA0000872283 | 1996 |
| Led Zeppelin | Sunnyslope. | SR0000174356 | 1992 |
| Led Zeppelin. | VH1 legends : no. 9, Led Zeppelin. | PA0000922942 | 1997 |
| Led Zeppelin | Your time is gonna come. w & m Jimmy Page & John Paul Jones. | RE0000767433 | 1969 |
| Led Zeppelin 1969. | Led Zeppelin 1969. | VAu001200331 | 2013 |
| Led Zeppelin (1977) | Led Zeppelin : [no.] CA018. | VA0000111211 | 1981 |
| Led Zeppelin 400 negatives & images. | Led Zeppelin 400 negatives & images. | V3612D614 | 2012 |
| Led zeppelin 4cd 4tc. | Led zeppelin 4cd 4tc. | V3578D670 | 2009 |
| Led Zeppelin (4CD/4TC). | Led Zeppelin (4CD/4TC). | V3579D669 | 2009 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                        **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin: 5/16/1973, 20 slides Sam Houston Colliseum, Houston TX. | Led Zeppelin: 5/16/1973, 20 slides Sam Houston Colliseum, Houston TX. | V3608D159 | 2011 |
| Led Zeppelin: 5/21/1977, 20 negs The Summit, Houston TX. | Led Zeppelin: 5/21/1977, 20 negs The Summit, Houston TX. | V3608D159 | 2011 |
| Led Zeppelin: 5/21/1977, 21 negs-color The Summit, Houston TX. | Led Zeppelin: 5/21/1977, 21 negs-color The Summit, Houston TX. | V3608D159 | 2011 |
| Led Zeppelin: 5/21/1977, 22 negs-color The Summit, Houston TX. | Led Zeppelin: 5/21/1977, 22 negs-color The Summit, Houston TX. | V3608D159 | 2011 |
| Led Zeppelin: 8/26/1971, 36 slides Sam Houston Colliseum, Houston TX. | Led Zeppelin: 8/26/1971, 36 slides Sam Houston Colliseum, Houston TX. | V3608D159 | 2011 |
| Led Zeppelin (A Fulldome Audiovisual Experience) | Led Zeppelin (A Fulldome Audiovisual Experience) | PA0001995940 | 2011 |
| Led Zeppelin A to Z : pt. one. | Led Zeppelin A to Z : pt. one. | TXu000769890 | 1996 |
| Led Zeppelin : a visual documentary / by Paul Kendall. | Led Zeppelin : a visual documentary / by Paul Kendall. | TX0001281713 | 1983 |
| Led Zeppelin and Philosophy: All Will Be Revealed. | Led Zeppelin and Philosophy: All Will Be Revealed. | TX0007349298 | 2009 |
| Led Zeppelin and Philosophy / Calef, Scott, ed.; Reg. TX 7-349-3298. | Led Zeppelin and Philosophy / Calef, Scott, ed.; Reg. TX 7-349-3298. | V9935D314 | 2016 |
| Led Zeppelin and Philosophy. TX7349298. | Led Zeppelin and Philosophy. TX7349298. | V3620D258 | 2012 |
| Led Zeppelin, Bad Company, Maggie collections. | Led Zeppelin, Bad Company, Maggie collections. | VAu000083702 | 1985 |
| Led Zeppelin, Bonzo Dog Band, Rahsaan Roland Kirk & his Vibrations Society : BG no. 199. | Led Zeppelin, Bonzo Dog Band, Rahsaan Roland Kirk & his Vibrations Society : BG no. 199. | VA0000473995 | 1969 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**      **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin / By Led Zeppelin. | Led Zeppelin / By Led Zeppelin. | V9926D277 | 2014 |
| Led Zeppelin / By Led Zeppelin. | Led Zeppelin / By Led Zeppelin. | V3510D110 | 2004 |
| Led Zeppelin classics. | Led Zeppelin classics. | PA0000718030 | 1993 |
| Led Zeppelin complete | Gallows pole. w & m Jimmy Page & Robert Plant, arr. Roy Perdue. | RE0000840976 | 1973 |
| Led Zeppelin complete | Living loving maid (she's just a woman) By Jimmy Page & Robert Plant. (In Led Zeppelin complete) EP267882 (1969) | V1740P027 | 1979 |
| Led Zeppelin complete | Out on the tiles. w & m Jimmy Page, Robert Plant & John Bonham, arr. Roy Perdue. | RE0000840977 | 1973 |
| Led Zeppelin complete | Tangerine. w & m Jimmy Page, arr. Roy Perdue. | RE0000840975 | 1973 |
| Led Zeppelin complete folio | Battle of Evermore. w & m Jimmy Page & Robert Plant, arr. Warner Brothers Publications, Inc. employer for hire of Roy Perdue. | RE0000840986 | 1973 |
| Led Zeppelin complete folio | Bron-y-aur stomp. w & m Jimmy Page, Robert Plant & John Paul Jones, arr. Warner Brothers Publications, Inc., employer for hire of Roy Perdue. | RE0000840979 | 1973 |
| Led Zeppelin complete folio | Celebration day. w & m Jimmy Page, Robert Plant & John Paul Jones, arr. Warner Brothers Publications, Inc., employer for hire of Roy Perdue. | RE0000840980 | 1973 |
| Led Zeppelin complete folio | Four sticks. w & m Jimmy Page & Robert Plant, arr. Warner Brothers Publications, Inc., employer for hire of Roy Perdue. | RE0000840983 | 1973 |
| Led Zeppelin complete folio | Friends. w & m Jimmy Page & Robert Plant, arr. Warner Brothers Publications, Inc., employer for hire of Roy Perdue. | RE0000840981 | 1973 |
| Led Zeppelin complete folio | Hats off to (Roy) Harper. Traditional arr. Charles Obscure, new arr. Warner Brothers Publications, Inc., employer for hire of Roy Perdue. | RE0000840982 | 1973 |
| Led Zeppelin complete folio | Misty mountain hop. w & m Jimmy Page, Robert Plant & John Paul Jones, arr. Warner Brothers Publications, Inc. employer for hire of Burt Jamieson. | RE0000840984 | 1973 |
| Led Zeppelin complete folio | That's the way. w & m Jimmy Page & Robert Plant, arr. Warner Brothers Publications, Inc., employer for hire of Roy Perdue. | RE0000840978 | 1973 |
| Led Zeppelin complete folio | When the levee breaks. w & m Jimmy Page, Robert Plant, John Bonham, John Paul Jones & Memphis Minnie, arr. Warner Brothers Publications, Inc. employer for hire of Burt Jamieson. | RE0000840985 | 1973 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                           **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin Crashed Here: The Rock and Roll Landmarks of North America. | Led Zeppelin Crashed Here: The Rock and Roll Landmarks of North America. | TX0006937190 | 2007 |
| LED ZEPPELIN: DAZED AND CONFUSED. | LED ZEPPELIN: DAZED AND CONFUSED. | PA0001817015 | 2011 |
| Led Zeppelin: dazed and confused. | Led Zeppelin: dazed and confused. | V3446D287 | 2000 |
| Led Zeppelin Denver. | Led Zeppelin Denver. | V9957D007 | 2018 |
| Led Zeppelin : DVD. | Led Zeppelin : DVD. | V3527D039 | 2005 |
| Led Zeppelin DVD. | Led Zeppelin DVD. | PA0001383869 | 2003 |
| Led Zeppelin Expanded Edition. | Led Zeppelin Expanded Edition. | TX0008787718 | 2018 |
| The Led Zeppelin Experience. | Led Zeppelin Experience. | CSN0098988 | 1993 |
| The Led Zeppelin Experience. | Led Zeppelin Experience. | CSN0098988 | 1992 |
| Led Zeppelin Fillmore West : 4/24/1969. | Led Zeppelin Fillmore West : 4/24/1969. | SRu000625956 | 2006 |
| Led Zeppelin Fillmore West : 4/27/1969. | Led Zeppelin Fillmore West : 4/27/1969. | SRu000625959 | 2006 |
| Led Zeppelin film. | Led Zeppelin film. | V3609D139 | 2011 |
| Led Zeppelin (four symbols) | Led Zeppelin (four symbols) | TX0006273641 | 2005 |
| Led Zeppelin girl. | Led Zeppelin girl. | SRu000447667 | 2001 |
| Led Zeppelin: Good Times, Bad Times: A Visual Biography of the Ultimate Band. | Led Zeppelin: Good Times, Bad Times: A Visual Biography of the Ultimate Band. | TX0007164062 | 2009 |
| Led Zeppelin: Good Times, Bad Times: A Visual Biography of the Ultimate Band. | Led Zeppelin: Good Times, Bad Times: A Visual Biography of the Ultimate Band. | TX0007150962 | 2009 |
| Led Zeppelin - Group Color Oakland. | Stanley Clarke - Jazz Bassist TAC, et al. | VAu001308954 | 2017 |
| Led Zeppelin group photo b&w. | Led Zeppelin group photo b&w. | VA000971257 | 1997 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                  **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin group photo (b&w) | Led Zeppelin group photo (b&w) | VA0001292295 | 1973 |
| Led Zeppelin--Houses of the holy | Dancing days. w & m Jimmy Page & Robert Plant, arr. Roy Perdue. | RE0000840961 | 1973 |
| Led Zeppelin--Houses of the holy | D'yer mak'er. w & m John Bonham, John Paul Jones & Robert Plant, arr. Roy Perdue. | RE0000840963 | 1973 |
| Led Zeppelin--Houses of the holy | No quarter. w & m John Paul Jones, Jimmy Page & Robert Plant, arr. Roy Perdue. | RE0000840962 | 1973 |
| Led Zeppelin--Houses of the holy | Ocean. w & m John Bonham, John Paul Jones, Jimmy Page & Robert Plant, arr. Roy Perdue. | RE0000840964 | 1973 |
| Led Zeppelin--Houses of the holy | Song remains the same. w & m Jimmy Page, & Robert Plant, arr. Roy Perdue. | RE0000840966 | 1973 |
| Led Zeppelin II | Dazed and confused. w & m Jimmy Page. | RE0000767443 | 1969 |
| Led Zeppelin II | Heartbreaker. w & m John Henry Bonham, Robert Plant, Jimmy Page & John Paul Jones. | RE0000767440 | 1969 |
| Led zeppelin ii. | Led zeppelin ii. | V3578D670 | 2009 |
| Led Zeppelin II. | Led Zeppelin II. | V3579D644 | 2009 |
| Led Zeppelin II. | Led Zeppelin II. | V3579D669 | 2009 |
| Led Zeppelin II | Living loving maid. w & m Robert Plant & Jimmy Page. | RE0000767441 | 1969 |
| Led Zeppelin II | Moby Dick. m John Henry Bonham, Jimmy Page & John Paul Jones. | RE0000767439 | 1969 |
| Led Zeppelin II | News radio : no. 222, Led Zeppelin II | PA0000872284 | 1996 |
| Led Zeppelin II | Ramble on. w & m Robert Plant & Jimmy Page. | RE0000767442 | 1969 |
| Led Zeppelin II | Thank you. w & m Robert Plant & Jimmy Page. | RE0000767438 | 1969 |
| Led Zeppelin II | What is and what should never be. w & m Jimmy Page & Robert Plant. | RE0000767437 | 1969 |
| Led Zeppelin II | Whole lotta love. w & m Jimmy Page, Robert Plant, John Paul Jones & John Henry Bonham. | RE0000767436 | 1969 |
| Led Zeppelin II / By Led Zeppelin. | Led Zeppelin II / By Led Zeppelin. | V9926D277 | 2014 |
| Led Zeppelin II / By Led Zeppelin. | Led Zeppelin II / By Led Zeppelin. | V3510D110 | 2004 |
| Led Zeppelin II (reissue) - recorded by Led Zeppelin | La La. | PA0001927748 | 2014 |
| Led Zeppelin III. | Led Zeppelin III. | V3579D644 | 2009 |
| Led zeppelin iii. | Led zeppelin iii. | V3578D670 | 2009 |
| Led Zeppelin III / By Led Zeppelin. | Led Zeppelin III / By Led Zeppelin. | V9926D277 | 2014 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                        **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin III / By Led Zeppelin. | Led Zeppelin III / By Led Zeppelin. | V3510D110 | 2004 |
| Led Zeppelin III (reissue) recorded by Led Zeppelin | Jennings Farm Blues. | PA0001926616 | 2014 |
| Led Zeppelin in their own words / compiled by Paul Kendall ; designed by Paul May. | Led Zeppelin in their own words / compiled by Paul Kendall ; designed by Paul May. | TX0001011575 | 1982 |
| Led Zeppelin, in through the out door. | Led Zeppelin, in through the out door. | VA0000047617 | 1979 |
| Led Zeppelin / introd. by Tony Horkins. | Led Zeppelin / introd. by Tony Horkins. | TX0004757756 | 1997 |
| Led Zeppelin IV. | Led Zeppelin IV. | V9932D170 | 2015 |
| Led Zeppelin IV. | Led Zeppelin IV. | V3579D644 | 2009 |
| Led Zeppelin IV / By Led Zeppelin. | Led Zeppelin IV / By Led Zeppelin. | V9926D277 | 2014 |
| Led Zeppelin IV - Zoso. | Led Zeppelin IV - Zoso. | V3579D669 | 2009 |
| Led zeppelin iv zoso. | Led zeppelin iv zoso. | V3578D670 | 2009 |
| Led Zeppelin IV--Zoso / By Led Zeppelin. | Led Zeppelin IV--Zoso / By Led Zeppelin. | V3510D110 | 2004 |
| Led Zeppelin, Julie Driscoll, Brian Auger & the Trinity, Colwell-Winfield : BG no. 170. | Led Zeppelin, Julie Driscoll, Brian Auger & the Trinity, Colwell-Winfield : BG no. 170. | VA0000473967 | 1969 |
| Led Zeppelin-(Jun 1977) 99 slides. | Led Zeppelin-(Jun 1977) 99 slides. | V3612D588 | 2012 |
| Led Zeppelin, June 23, 1972, San Diego Sports Arena, #4-1015-66. | Led Zeppelin, June 23, 1972, San Diego Sports Arena, #4-1015-66. | V3473D415 | 2001 |
| Led Zeppelin : live dreams | Led Zeppelin : live dreams : a photographer's visual history of the Led Zeppelin live experience, 1972-1977 / written by Laurance Ratner ; photography from the Laurance Ratner collection ; forword by Dave Lewis ; edited by Eric Wynne. | TX0004010168 | 1993 |
| Led Zeppelin March 27, 1970 Unpublished Photos 1. | Led Zeppelin March 27, 1970 Unpublished Photos 1. | VAu001170110 | 2014 |
| Led Zeppelin March 27, 1970 Unpublished Photos 2. | Led Zeppelin March 27, 1970 Unpublished Photos 2. | VAu001170113 | 2014 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                      **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin Nassau Coliseum, Uniondale, NY June 14TH 1972 | Led Zeppelin Nassau Coliseum, Uniondale, NY June 14TH 1972. [Group registration of unpublished photographs. 16 photographs] | VAu001332953 | 2018 |
| Led Zeppelin on Led Zeppelin: Interviews and Encounters. | Led Zeppelin on Led Zeppelin: Interviews and Encounters. | TX0007990030 | 2014 |
| Led Zeppelin: Physical Grafitti Tour, 42 images, 1977, Dallas Convention Center Arena, Dallas, TX. | Led Zeppelin: Physical Grafitti Tour, 42 images, 1977, Dallas Convention Center Arena, Dallas, TX. | V3607D880 | 2011 |
| Led Zeppelin portraits / Neal Preston. | Led Zeppelin portraits / Neal Preston. | TX0001997258 | 1986 |
| Led Zeppelin portraits / Neal Preston. | Led Zeppelin portraits / Neal Preston. | TX0001788857 | 1983 |
| Led Zeppelin rock legends / words and music by Jimmy Page, Robert Plant, John Paul Jones ... et al. | Led Zeppelin rock legends / words and music by Jimmy Page, Robert Plant, John Paul Jones ... et al. | PA0000718016 | 1993 |
| Led Zeppelin Rules -- | Nerf Herder IV. | SR0000626433 | 2008 |
| Led Zeppelin Salt Palace and Led Zepelin Arizona Coliseum. | Led Zeppelin Salt Palace and Led Zepelin Arizona Coliseum. | VAu000690000 | 2005 |
| Led Zeppelin San Bernadino Unpublished Photo Collection 1969. | Led Zeppelin San Bernadino Unpublished Photo Collection 1969. | VAu001170117 | 2014 |
| Led Zeppelin, San Diego Sports Arena, 35mm negs., 28.5 frames, 03/14/75. | Led Zeppelin, San Diego Sports Arena, 35mm negs., 28.5 frames, 03/14/75. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm negs., 28.5 frames, 03/14/75 & 9 other titles. | Led Zeppelin, San Diego Sports Arena, 35mm negs., 28.5 frames, 03/14/75 & 9 other titles. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm negs., 44 frames, 03/14/75. | Led Zeppelin, San Diego Sports Arena, 35mm negs., 44 frames, 03/14/75. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 13 frames, 03/14/75. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 13 frames, 03/14/75. | V3612D620 | 2012 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 22 frames, 06/19/77. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 22 frames, 06/19/77. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 26 frames, 06/19/7. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 26 frames, 06/19/7. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 28 frames, 06/19/77. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 28 frames, 06/19/77. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 30 frames, 06/19/77. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 30 frames, 06/19/77. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 30 frames, 06/19/77. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 30 frames, 06/19/77. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 6 frames, 06/19/77. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 6 frames, 06/19/77. | V3612D620 | 2012 |
| Led Zeppelin, San Diego Sports Arena, 35mm slides, 8 frames, 06/19/77. | Led Zeppelin, San Diego Sports Arena, 35mm slides, 8 frames, 06/19/77. | V3612D620 | 2012 |
| Led Zeppelin September 4, 1970 Unpublished Photo Collection 1. | Led Zeppelin September 4, 1970 Unpublished Photo Collection 1. | VAu001170114 | 2014 |
| Led Zeppelin September 4, 1970 Unpublished Photo Collection 2. | Led Zeppelin September 4, 1970 Unpublished Photo Collection 2. | VAu001170115 | 2014 |
| Led Zeppelin: The Oral History of the World's Greatest Rock Band (9780470894323) K. | Led Zeppelin: The Oral History of the World's Greatest Rock Band (9780470894323) K. | TX0007600661 | 2012 |
| Led Zeppelin tie. VA591297. | Led Zeppelin tie. VA591297. | V3532D501 | 2006 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin - U05953.jpg<br>Led Zeppelin - U05954.jpg<br>Led Zeppelin - U05955.jpg<br>Led Zeppelin - U10689.jpg<br>Led Zeppelin - U10690.jpg<br>Led Zeppelin - U1326 | Group Registration of Published Photographs- Adrian Boot; 1990 photos: all published 1.9.90, 750 photos. | VA0002080775 | 1990 |
| Led Zeppelin, une illustration du heavy metal / Alain Dister [pseud. of Alain Sicard DeSailly] ; suivie d'une etude discographique par Benoit Feller. | Led Zeppelin, une illustration du heavy metal / Alain Dister [pseud. of Alain Sicard DeSailly] ; suivie d'une etude discographique par Benoit Feller. | TX0000514805 | 1980 |
| Led Zeppelin Untitled May 1969 Photos 2. | Led Zeppelin Untitled May 1969 Photos 2. | VAu001170118 | 2014 |
| Led Zeppelin Untitled May 1969 Photos no.1. | Led Zeppelin Untitled May 1969 Photos no.1. | VAu001170112 | 2014 |
| Led Zeppelin unveiled. | Led Zeppelin unveiled. | PA0000930775 | 1998 |
| Led Zeppelin's Music: True Blues & Beyond | J.J. Jackson Remembers Led Zeppelin: The Music and The Guys Who Made It. | TX0007324857 | 2009 |
| Led Zeppelin: 1975, 11 slides Hobby airport. | Led Zeppelin: 1975, 11 slides Hobby airport. | V3608D159 | 2011 |
| Led Zeppelin CollectionLed Zeppelin Group 1 neg 1, Led Zeppelin Group 1 neg 2, Led Zeppelin Group 1 neg 3, Led Zeppelin Group 1 neg4, Led Zeppelin Gro | Led Zeppelin CollectionLed Zeppelin Group 1 neg 1, Led Zeppelin Group 1 neg 2, Led Zeppelin Group 1 neg 3, Led Zeppelin Group 1 neg4, Led Zeppelin Group 1 neg 5, Led Zeppelin Group 1 neg 6, Led Zeppelin Group 1 neg 7, Led Zeppelin Group 1 neg 8, Led Zeppe | VAu001332137 | 2018 |
| Led Zeppelin complete | Four sticks / By Jimmy Page & Robert Plant. (In Led Zeppelin complete) EP319301 (1973) & EU301123 (1972) | V1744P359 | 1979 |
| Led Zeppelin 1970 jan 2 1990; Led Zeppelin 1973 jan 2 1990; Led Zeppelin 1975 jan 3 1990; Led Zeppelin 1977 jan 4 1990; Led Zeppelin Color Vintage jan | Led Zeppelin swan song, et al. | VA0002042824 | 1990 |
| Led Zeppelin--Houses of the holy | Crunge. w & m John Bonham, John Paul Jones, Jimmy Page & Robert Plant, arr. Roy Perdue. | RE0000840965 | 1973 |

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                **COPYRIGHT REGISTRATION**

| NAME | FULL TITLE | COPYRIGHT NUMBER | DATE |
|---|---|---|---|
| Led Zeppelin File #s 1-LZ730603p11a (7/28/2004); 2-LZ730603p11b (7/28/2004); 3-LZ50324p11a (8/19/2004); 4-LZ750324p11b (8/19/2004) | Brannon Tommey Film Collection, Volume 046. | VA0001734853 | 2004 |
| Led Zeppelin : Fillmore West, 01/10/1969. | Led Zeppelin : Fillmore West, 01/10/1969. | SR0000392357 | 2006 |
| Led Zeppelin : heaven and hell / illustrated history by Charles R. Cross and Erik Flannigan ; with photos. by Neal Preston ; photo editing by Charles | Led Zeppelin : heaven and hell / illustrated history by Charles R. Cross and Erik Flannigan ; with photos. by Neal Preston ; photo editing by Charles R. Cross and Neal Preston ; with contributions by Jimmy Guterman, Dave Schulps, and Robert Godwin ; resea | TX0003354252 | 1991 |