# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SUPERHYPE TAPES, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> AANSTORE, ET AL., <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-01589 <br><br> JUDGE ELAINE E. BUCKLO <br><br> MAGISTRATE JUDGE SUNIL R. HARJANI |

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A

Plaintiff, Superhype Tapes, Ltd., ("Superhype" or "Plaintiff"), hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants identified in the Amended Schedule A, attached hereto, with the exception of certain Defendants.[1]

Plaintiff files herewith a Memorandum of Law in support.

Dated:   July 10, 2020             Respectfully submitted,

                                   /s/ Ann Marie Sullivan
                                   Ann Marie Sullivan
                                   Alison Carter
                                   Raymond Lang
                                   AM Sullivan Law, LLC
                                   1440 W. Taylor St., Suite 515
                                   Chicago, Illinois 60607
                                   Telephone: 224-258-9378
                                   E-mail:  ams@amsullivanlaw.com

                                   *ATTORNEYS FOR PLAINTIFF*

---

[1] Superhype's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: nameever, uncle_ding, SHOWHOME Store, CHARMHOME Store, baiyang520, henghenghahashenghuo, liangxiaodai, lilonghua, wangpeijin8888, Hanchao store, Chicken Wings Store, CanvasPainting Store, thanya_kt249. YUUUKO Store, orkojewelry_istanbul, Your Love Store, xiangguilin, tawe-potc, and lovelyshoponline, as well as previously dismissed defendants.

## CERTIFICATE OF SERVICE

I hereby certify that I will: electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and electronically publish the documents on a website to which the Defendants have been directed pursuant to the Service of Process executed in this case; which was sent to the e-mail addresses identified or provided for Defendants by third-parties, and which includes a link to said website.

Dated: July 10, 2020

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
Raymond Lang
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***