# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SUPERHYPE TAPES, LTD.,

    PLAINTIFF,

V.

AANSTORE, ET AL.,

    DEFENDANTS.

CASE NO.: 1:20-CV-01589

JUDGE ELAINE E. BUCKLO

MAGISTRATE JUDGE SUNIL R. HARJANI

## SCHEDULE A TO THE COMPLAINT

| No. | Seller Name |
|---|---|
| 1 | aanstore |
| 2 | Shop5160056 Store |
| 3 | abglong_lee |
| 4 | adad_2426 |
| 5 | addictees |
| 6 | aff-amani |
| 7 | agann-9607 |
| 8 | Shop5161028 Store |
| 9 | Shop5235017 Store |
| 10 | Shop5254038 Store |
| 11 | ailee101118 |
| 12 | Shop5254076 Store |
| 13 | Shop824382 Store |
| 14 | amor-store6 |
| 15 | ShowBest |
| 16 | angg_jerem |
| 17 | angra_361 |
| 18 | ansmile1793_4 |
| 19 | antoinarg6 |
| 20 | SHOWHOME Store |
| 21 | arsita_id |
| 22 | artsector |
| 23 | at9magic |
| 24 | Silicone TPU Store |
| 25 | Sinor Store |
| 26 | awesometeeshirtsspace |
| 27 | baa.huba |
| 28 | SlongLighting Design Store |
| 29 | Small fish shop Store |
| 30 | bee-dragon |
| 31 | bilan98 |
| 32 | bluestar911 |
| 33 | Stickers Online Store |
| 34 | bow.tsay |
| 35 | brabo_1578 |
| 36 | bub_feb |
| 37 | bunhihi |
| 38 | captainslibrary |
| 39 | carlia8477 |
| 40 | Stylitectly Store |
| 41 | SunnyLi Store |
| 42 | chris.duc94 |
| 43 | Superstyle F ahion Store |
| 44 | cuteeeebaby |
| 45 | d-smith |
| 46 | TANC-REDO YiWu Store |
| 47 | duyanhstore |
| 48 | dwid386 |
| 49 | eeyore-36 |
| 50 | Tao Ju Store |
| 51 | TeeFirst Store |
| 52 | fanshu_zhuai |
| 53 | teegood Store |
| 54 | The all stickers Store |

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 55 | fashion_factory99 | 100 | jamesfashion-shop |
| 56 | fashionfactory68-86 | 101 | japaron.id |
| 57 | fatra-9204 | 102 | wenzhou Store |
| 58 | fau052 | 103 | jbf_86 |
| 59 | foriss79 | 104 | WesBuck Official Store |
| 60 | frankyandpasy | 105 | jelove13 |
| 61 | The Anime Games Store | 106 | jengkol_asoy |
| 62 | fri_bree | 107 | john.smith27 |
| 63 | the first lover Store | 108 | jollyfamilygifts |
| 64 | garrle59 | 109 | Winoyuhor Baby Store |
| 65 | gegetonba | 110 | juhada-44 |
| 66 | gilpr-49 | 111 | julia.tien |
| 67 | gobestgo | 112 | jumjan10 |
| 68 | DISMISSED | 113 | juwah20 |
| 69 | gregoriuskev | 114 | kaiying1700 |
| 70 | gumnielane4 | 115 | Winteral Art Poster Store |
| 71 | The surprise posters Store | 116 | WishShape Graphic Store |
| 72 | hadpras | 117 | DISMISSED |
| 73 | tian mao Store | 118 | kihalhabib_7 |
| 74 | haoluckyou | 119 | kimhuong21 |
| 75 | hapuca | 120 | king_musang |
| 76 | Timeline Store | 121 | kioskgarmen |
| 77 | helhel73 | 122 | koberox |
| 78 | Ting-Doog Store | 123 | kumbaoshop |
| 79 | TT tops Store | 124 | kupi-61 |
| 80 | tunvlang007 Store | 125 | WishShape WTee Store |
| 81 | hingu_1706 | 126 | lajobcx_id |
| 82 | DISMISSED | 127 | leanno |
| 83 | honaha | 128 | libo206 |
| 84 | htthuystore | 129 | linda.yosephine |
| 85 | huang810415 | 130 | DISMISSED |
| 86 | TXJRH Official Store | 131 | DISMISSED |
| 87 | VETUMS Global sales Store | 132 | lisub-6 |
| 88 | ilaboystore | 133 | lodrokguyon20_6 |
| 89 | illusionrock | 134 | lovelyshoponline |
| 90 | infiniteshopping | 135 | luckyking365 |
| 91 | Vivius Online Store | 136 | lusa177254 |
| 92 | Wacken-Open-Air Store | 137 | XI XI Store |
| 93 | Warhammer Quality Store | 138 | XIAN XIAN 8 Store |
| 94 | irshai56 | 139 | Xing Guang Store |
| 95 | ivanchr | 140 | mijam_6660 |
| 96 | iwansy28 | 141 | moely88 |
| 97 | WDSS WORLD Store | 142 | monicalelu |
| 98 | jaman.barbara6 | 143 | morudim |
| 99 | jamann-5461 | 144 | Xuanyutee Quality Store |

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 145 | mukki-72 | 190 | rajapiala0741 |
| 146 | mukmuk-19 | 191 | raptors44 |
| 147 | nakur-73 | 192 | ZEALON Store |
| 148 | nameever | 193 | rdte2718 |
| 149 | Y Beatu P Store | 194 | ZeWa Store |
| 150 | nazroh41 | 195 | rexonderm11 |
| 151 | newtonesounds | 196 | rhymastic_graphic |
| 152 | ngolam18 | 197 | ribkana |
| 153 | nguthi-98 | 198 | rkangshop1037 |
| 154 | nguyevu18 | 199 | rock2018 |
| 155 | Y D Store | 200 | roko_clothing |
| 156 | nijul-87 | 201 | rukurn-81 |
| 157 | YaYi Store | 202 | sabla69 |
| 158 | yev Authorized Store | 203 | sad_love_story |
| 159 | yi ya Store | 204 | zhangdajie Store |
| 160 | nohema | 205 | sarkem_store |
| 161 | Yotilance Store | 206 | sayuhani |
| 162 | novembe-58 | 207 | Zhiyuan Art Store |
| 163 | noy-store | 208 | ZYTJY ZY Store |
| 164 | ntthnstore | 209 | simar-55 |
| 165 | nura450164 | 210 | CehTureal |
| 166 | nurmah | 211 | clickon Orin |
| 167 | nvcnestore | 212 | sod_record |
| 168 | opeck888_7 | 213 | sourceofgold |
| 169 | orkojewelry_istanbul | 214 | DISMISSED |
| 170 | pagr-5119 | 215 | suddi-34 |
| 171 | penthul | 216 | DISMISSED |
| 172 | pershop | 217 | suhua886 |
| 173 | personalised_tees | 218 | sumaso40 |
| 174 | pha415 | 219 | sussusansusa |
| 175 | Your Love Store | 220 | d98e0w9 |
| 176 | pixmapo97 | 221 | t-shirt_bazzar |
| 177 | poberis | 222 | tamna22 |
| 178 | Yprenoning Decor Store | 223 | tartarus_sea |
| 179 | printt-shirt1 | 224 | tasud_71 |
| 180 | puer_86 | 225 | Danruna |
| 181 | pura-8747 | 226 | taurah-66 |
| 182 | putr_store | 227 | tawe-potc |
| 183 | YUUUKO Store | 228 | DISMISSED |
| 184 | pzz-29 | 229 | teesharks |
| 185 | qingze0030 | 230 | Hweoweek |
| 186 | qoreenaja-3 | 231 | th-9243 |
| 187 | quanghoastore | 232 | thaipowerseeker |
| 188 | quick_precise | 233 | thanya_kt249 |
| 189 | raan15 | 234 | DISMISSED |

| NO. | SELLER NAME | NO. | SELLER NAME |
|---|---|---|---|
| 235 | thucahoi | 280 | JIE66 |
| 236 | tifat-4 | 281 | kdzzi |
| 237 | tom-id2015 | 282 | liangxiaodai |
| 238 | touranl | 283 | lilonghua |
| 239 | tranlan8 | 284 | lwq_qjy |
| 240 | trdu_9254 | 285 | DISMISSED |
| 241 | trendteefe | 286 | Mobile Yourself |
| 242 | ttgm-1505 | 287 | sam_qjy |
| 243 | uncle_ding | 288 | shenzhenshiqianshuizhubaosheji youxiangongsi |
| 244 | unistore1 | | |
| 245 | Tataoceanie Direct | 289 | tibaogg |
| 246 | vilashop | 290 | wangpeijin8888 |
| 247 | Waterhake Direct | 291 | wangpingyang fashion |
| 248 | voho97 | 292 | WUJIE2 |
| 249 | vstar253 | 293 | xiaoyuqijiandian |
| 250 | wu peigang | 294 | xmjmyouth0123 |
| 251 | wanglang_store | 295 | yiyishishang |
| 252 | xiangguilin | 296 | YLM |
| 253 | wasy-23 | 297 | Yuanfei |
| 254 | wen4620 | 298 | zhanghl |
| 255 | wgr_90 | 299 | zhanghl |
| 256 | windofe | 300 | ZheJiang Hao Yun company |
| 257 | wuwuqiu123 | 301 | -HOOK-ON-YOU- Store |
| 258 | xiaca_7284 | 302 | 014 patch Store |
| 259 | xtra-market | 303 | 123unique Store |
| 260 | DISMISSED | 304 | 2019 Poster Store |
| 261 | yantikeren | 305 | Aanywell Aonepatch Store |
| 262 | yea.hands | 306 | Aanywell patch Store |
| 263 | yellowmoon2015 | 307 | DISMISSED |
| 264 | ZHUYL BYZHEN | 308 | airangte Store |
| 265 | yuan435-5 | 309 | AliexpressNO3 Store |
| 266 | zafraachma | 310 | AN11Case Store |
| 267 | ziak09 | 311 | Angelbaby s Store |
| 268 | zuoqing2017 | 312 | Angelina Jolie Store |
| 269 | baiyang520 | 313 | Antidazzle good design Store |
| 270 | baiyang520 | 314 | Antidazzle tshirt Store |
| 271 | Bella store No.1 | 315 | AntMantees Store |
| 272 | chenshenghu | 316 | AOY01 Store |
| 273 | Chunbo E-commerce Co. , Ltd | 317 | Awesome Covers Store |
| 274 | crazy picky | 318 | babaseal printed apparel Store |
| 275 | Fashion Tops Shop | 319 | baby teeclub Store |
| 276 | FOR AMAZING | 320 | Baby Teeshow Store |
| 277 | Happy beach | 321 | BenXsea Unique Printing Store |
| 278 | henghenghahashenghuo | 322 | BFD Store |
| 279 | huyitiantian | 323 | biesukaohaibushidream Store |

| NO. | SELLER NAME | NO. | SELLER NAME |
|---|---|---|---|
| 324 | BINH Store | 367 | ISTider Official Store |
| 325 | Birkenstocklife Store | 368 | DISMISSED |
| 326 | CanvasPainting Store | 369 | JASTIE Official Store |
| 327 | CharmCapital Store | 370 | Jessing Apparel Store |
| 328 | CHARMHOME Store | 371 | Jhonping Art print Poster Store |
| 329 | Charmine Jewelry Co. Ltd | 372 | Jinyan Jewelry |
| 330 | Chicken Wings Store | 373 | JOCO Online Store |
| 331 | Child Tees Fan Store | 374 | ka ka Store |
| 332 | Child Teeshirts Store | 375 | Kingsman Customized Art Store |
| 333 | chrysanthemum tshirt Store | 376 | KTRACY15 Store |
| 334 | Chuang Tuan Store | 377 | kupao Store |
| 335 | Coeus Store | 378 | L Magical Store |
| 336 | confused CS Store | 379 | la feng8 Store |
| 337 | coolmack Store | 380 | lafeng Store |
| 338 | Cosy Moment Store | 381 | Leisure Day Store |
| 339 | custom product | 382 | Letao digital mobile phone accessories shop Store |
| 340 | Customized Printing For You Store | 383 | Light Sign Store |
| 341 | daoyu Store | 384 | Loveasy car Store |
| 342 | DARBY&amp;JOAN Store | 385 | MAXUN Store |
| 343 | Denim Meow MooNiche Store | 386 | MAYANG Store |
| 344 | Denim Meow Official Store | 387 | DISMISSED |
| 345 | Double Seven Store | 388 | MM8ai Store |
| 346 | Downwmup Store | 389 | momoluna apparel Store |
| 347 | DreamSoar Store | 390 | MotoPATCHES Official Store |
| 348 | DShop3619004 Store | 391 | Multicolored Store |
| 349 | earlfamily A3 Store | 392 | Music Inst Store |
| 350 | EP E-Point Store | 393 | MuSu Store |
| 351 | Fabulous Jewellery Store | 394 | DISMISSED |
| 352 | FBESTY19 Store | 395 | DISMISSED |
| 353 | ForeMode Official Store | 396 | niu er Store |
| 354 | Funnest Store | 397 | niuka WK Store |
| 355 | GILAG BXGDIY Store | 398 | NO7 Store |
| 356 | goku shirt Store | 399 | Off-Black Store |
| 357 | GONGNIU Store | 400 | old craftsmen Store |
| 358 | Hanchao Store | 401 | ON-WHITE Store |
| 359 | Hang Online Store | 402 | Palace life Official Store |
| 360 | Happy Baby Kids store | 403 | poster boutique Store |
| 361 | HAT 12 Store | 404 | qingmu Store |
| 362 | homelyversal HomelyVersal Store | 405 | qunexc benlai poster Store |
| 363 | Homly Decorlty Store | 406 | qunexc youben89003 Store |
| 364 | Hoosoo Press Store | 407 | QZMUOU Shopping Store |
| 365 | HotMeiNi Official Store | 408 | RocknRoll Store |
| 366 | Iridescent Cloud Store | 409 | RongMao Store |

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 410 | SexeMara china Store | 445 | Shop4992269 Store |
| 411 | Shenzhen Supernal Technology Company Ltd., | 446 | Shop4994265 Store |
| 412 | shirttee Store | 447 | Shop4994299 Store |
| 413 | Shop1333406 Store | 448 | Shop4996474 Store |
| 414 | Shop1668279 Store | 449 | Shop4999417 Store |
| 415 | Shop2296008 Store | 450 | Shop5000358 Store |
| 416 | Shop2782075 Store | 451 | Shop5003359 Store |
| 417 | Shop2882156 Store | 452 | Shop5005379 Store |
| 418 | Shop2943262 Store | 453 | Shop5006330 Store |
| 419 | Shop2956039 Store | 454 | Shop5009265 Store |
| 420 | Shop3672132 Store | 455 | Shop5015214 Store |
| 421 | Shop3674061 Store | 456 | Shop5022111 Store |
| 422 | Shop3869039 Store | 457 | Shop5041168 Store |
| 423 | Shop4047052 Store | 458 | Shop5041261 Store |
| 424 | Shop4282046 Store | 459 | Shop5047078 Store |
| 425 | Shop4304017 Store | 460 | Shop5055260 Store |
| 426 | Shop4309056 Store | 461 | Shop5057227 Store |
| 427 | Shop4406028 Store | 462 | Shop5058301 Store |
| 428 | Shop4410067 Store | 463 | Shop5066098 Store |
| 429 | Shop4422187 Store | 464 | Shop5067045 Store |
| 430 | Shop4432231 Store | 465 | Shop5076365 Store |
| 431 | Shop4587005 Store | 466 | Shop5080127 Store |
| 432 | Shop4655013 Store | 467 | Shop5084114 Store |
| 433 | Shop4701077 Store | 468 | Shop5109008 Store |
| 434 | Shop4704123 Store | 469 | Shop5115125 Store |
| 435 | Shop4707110 Store | 470 | Shop5125009 Store |
| 436 | Shop4710135 Store | 471 | Shop5138011 Store |
| 437 | Shop4872172 Store | 472 | Shop5144021 Store |
| 438 | Shop4873043 Store | 473 | Shop5147021 Store |
| 439 | Shop4925049 Store | 474 | Shop5148011 Store |
| 440 | Shop4935030 Store | 475 | Shop5153025 Store |
| 441 | Shop4936016 Store | 476 | Shop5154047 Store |
| 442 | Shop4983082 Store | 477 | Shop5155045 Store |
| 443 | DISMISSED | 478 | Shop5159044 Store |
| 444 | Shop4989217 Store | 479 | Shop5160032 Store |
| | | 480 | Shop5160048 Store |