# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SUPERHYPE TAPES, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> AANSTORE, ET AL., <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-01589 <br><br> JUDGE ELAINE E. BUCKLO <br><br> MAGISTRATE JUDGE SUNIL R. HARJANI |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule "A" of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 330 | Chicken Wings Store |
| 169 | orkojewelry_istanbul |
| 252 | xiangguilin |
| 227 | tawe-potc |
| 134 | lovelyshoponline |

Dated: July 15, 2020

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 15, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Alison Carter*
                                           Alison Carter