**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUPERHYPE TAPES, LTD.,<br><br>    PLAINTIFF,<br><br>V.<br><br>AANSTORE, ET AL.,<br><br>    DEFENDANTS. | CASE NO.: 1:20-CV-01589<br><br><br>JUDGE ELAINE E. BUCKLO<br><br><br>MAGISTRATE JUDGE SUNIL R. HARJANI |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule "A" of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 20 | SHOWHOME Store |
| 328 | CHARMHOME Store |
| 326 | CanvasPainting Store |
| 233 | thanya_kt249 |
| 183 | YUUUKO Store |

Dated:    July 16, 2020        Respectfully submitted,

                                             */s/ Alison Carter*
                                             Ann Marie Sullivan
                                             Alison Carter
                                             AM Sullivan Law, LLC
                                             1440 W. Taylor St., Suite 515
                                             Chicago, Illinois 60607
                                             Telephone: 224-258-9378
                                             E-mail: ams@amsullivanlaw.com

                                             ***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 16, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter